ANTHONY R. SEGALL (CSB No. 101340)
MICHELE SHERER ANCHETA (CBS No. 192039)
ROTHNER, SEGALL, GREENSTONE & LEHENY
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124
E-mail: mancheta@rsglabor.com

JS-6

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA LOCAL 831 EMPLOYER HEALTH FUND; BOARD OF TRUSTEES OF THE EMPLOYER PENSION FUND, AND BOARD OF TRUSTEES OF THE EMPLOYER TRAINING AND RE-TRAINING FUND,<br><br>                Plaintiffs,<br>   v.<br><br>SHOW READY, DOUGLAS MURPHY, an individual, and DOES 1-10, inclusive,<br><br>                Defendants | CASE NO. CV 09-1192 VBF (MANx)<br><br>Honorable Valerie Baker Fairbank<br><br>JUDGMENT |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

    1.    That Defendants Show Ready and Douglas Murphy pay Plaintiffs forthwith the amount of $106,135.31 for amounts owed pursuant to the December 2006 audit for the period of January 1, 2005 - September 30, 2006.

///

///

1

2. That Plaintiffs recover attorneys fees and costs of suit incurred herein in the amount of $1,980.00 in attorneys' fees and $786.67 in costs for a total due of $2,766.67.

DATED: July 27, 2009

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
U.S. DISTRICT COURT JUDGE